*E-Filed 1/11/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENN SUNKETT, | No. C 14-0069 RS (PR) |
|     Petitioner, | **ORDER EXTENDING TIME** |
|   v. | |
| MARTIN BITER, Warden, | |
|     Respondent. | |

Petitioner's motion to extend time to file a traverse (Docket No. 16) is GRANTED. The traverse shall be filed on or before February 22, 2016. The Clerk shall terminate Docket No. 16.

**IT IS SO ORDERED**.

DATED: January 11, 2016

                    RICHARD SEEBORG
                    United States District Judge