*E-Filed 2/29/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENN SUNKETT, | No. C 14-0069 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| MARTIN BITER, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file a traverse (Docket No. 18) is GRANTED. The traverse shall be filed on or before March 28, 2016. The Clerk shall terminate Docket No. 18.

**IT IS SO ORDERED**.

DATED: February 29, 2016

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California